IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHERYL A. HARRIS, Co-administratrix of the Estate of RYAN D. MASETH, deceased, and DOUGLAS MASETH, Co-Administrator of the Estate of RYAN D. MASETH, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>KELLOGG BROWN & ROOT SERVICES, INC.<br>Defendant. | Case No. 2:08-cv-00563-NBF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs and fees.

Dated: February 7, 2017                                  Respectfully submitted,

/s/ Patrick K. Cavanaugh
Patrick K. Cavanaugh, Esquire
PA ID# 72960
Stephen J. Del Sole, Esquire
PA ID# 73460
William S. Stickman IV, Esquire
PA ID# 200698
DEL SOLE CAVANAUGH STROYD LLC
3 PPG Place, Suite 600
Pittsburgh, PA 15222
(412) 261-2393 (phone)
(412) 261-2110 (fax)

*Attorneys for Plaintiffs*

/s/ Daniel L. Russell Jr.
Raymond B. Biagini, Esquire, Pa I.D. #31121
rbiagini@cov.com
John E. Hall, Esquire (pro hac vice)
jhall@cov.com
Daniel L. Russell Jr., Esquire (pro hac vice)
drussell@cov.com
Paul W. Schmidt, Esquire (pro hac vice)
pschmidt@cov.com
Chase Johnson, Esquire (pro hac vice)
jcjohnson@cov.com
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Joseph L. Luciana, III, Esquire, Pa I.D. #50268
DINGESS, FOSTER, LUCIANA,
DAVIDSON & CHLEBOSKI LLP
PNC Center, Third Floor
20 Stanwix Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 926-1812
Facismile: (412) 926-1801
jluciana@dfllegal.com
jdingess@dfllegal.com

*Counsel for Defendant Kellogg Brown & Root Services, Inc.*

AND NOW, this 7th day of February, 2017, IT IS SO ORDERED.

_Nora Barry Fischer_
UNITED STATES DISTRICT JUDGE